# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAMARA HARRISON and RONALD GORDON, individually and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>NORTH STAR INSURANCE ADVISORS, LLC and TONY HAKIM,<br><br>    Defendants. | Case No. 4:23-CV-01102-NCC |

## ORDER

Before the Court is the parties' Stipulation of Dismissal (Doc. 110).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of the claims of named Plaintiffs Tamara Harrison and Ronald Gordon (on behalf of themselves and the opt-in plaintiffs who filed a written consent to join the action as of July 3, 2025, and who are participating in the Settlement Agreement, collectively the "Plaintiffs"), and Defendants North Star Insurance Advisors, LLC and Tony Hakim.

Accordingly,

**IT IS HEREBY ORDERED** that all of the claims of named Plaintiffs Tamara Harrison and Ronald Gordon and the 17 other individuals who opted into the action identified in the table below are **DISMISSED with prejudice**:

| # | Plaintiff | ECF Number | Date Opted Into Action |
|---|---|---|---|
| 1 | Tamara Harrison | 1-5 | 08/31/2023 |
| 2 | Ronald Gordon | 25-1 | 12/20/2023 |
| 3 | Ronnie Hernandez | 25-1 | 12/20/2023 |
| 4 | Kelsey Brock | 26-1 | 01/11/2024 |
| 5 | Linda Lewis | 26-1 | 01/11/2024 |
| 6 | Joseph Speer | 26-1 | 01/11/2024 |

| | | | |
|---|---|---|---|
| 7 | Mark Keller | 27-1 | 01/24/2024 |
| 8 | Steven Lippel | 27-1 | 01/24/2024 |
| 9 | Gregory Biberdorf | 27-1 | 01/24/2024 |
| 10 | Jeremy King | 30-1 | 02/27/2024 |
| 11 | Kelly Perry | 30-1 | 02/27/2024 |
| 12 | Randy Goeppinger | 32-1 | 03/22/2024 |
| 13 | Tobarkoa Thompson | 35-1 | 05/23/2024 |
| 14 | Angela Kiddy | 38-1 | 08/08/2024 |
| 15 | Jessica Wright aka Jessica Schenkhuizen | 38-1 | 08/08/2024 |
| 16 | Lillian Wisdom | 38-1 | 08/08/2024 |
| 17 | Kelly Baugh | 43-1 | 08/26/2024 |
| 18 | Annette Jarrett | 85-1 | 12/10/2024 |
| 19 | Lisa Seguin | 91-1 | 03/05/2025 |

**IT IS FURTHER ORDERED** that the claims of the putative classes and collective action members named Plaintiffs Tamara Harrison and Ronald Gordon sought to represent, other than those identified in the table above, are **DISMISSED without prejudice**.

Dated this 29th day of December, 2025.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE